**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

AUG 2 0 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-88-CHB-MAS
**21 U.S.C. § 841(a)**

**ANDREW BRESHEARSBOGGINI**

* * * * *

**THE GRAND JURY CHARGES:**

On or about September 2, 2025, in Fayette County, in the Eastern District of Kentucky,

**ANDREW BRESHEARSBOGGINI**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**ERIN M. ROTH**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

Imprisonment for not less than 10 years nor more than life imprisonment, a fine of not more than $10,000,000, and not less than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.